AXEL BESKOW, Appellant, v. HULDA B. HALOW and Another, Respondents. (Appeal No. 1.) — Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted as to items " e " to " k " inclusive in the notice of motion for the taking of testimony, and as to all items in the notice of motion for the production of books and papers. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AXEL BESKOW, Appellant, v. HULDA B. HALOW and Another, Respondents.

(Appeal No. 3.)— Order modified by allowing an examination as to all the items stated in the notice of taking testimony herein, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.